# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**MARY JO SMITH**                                                       **PLAINTIFF**

**VS.**                                                                **CAUSE NO.:** 3:22cv003-SA-JMV

**ALLSTATE PROPERTY AND**
**CASUALTY INSURANCE COMPANY**                          **DEFENDANT**

**JURY TRIAL DEMANDED.**

## COMPLAINT

Comes now Plaintiff, Mary Jo Smith, and sues Defendant Allstate Property and Casualty Insurance Company for breach of contract for its failure to pay Plaintiff's underinsured motorist benefits as required under its contract of insurance pursuant to Mississippi law. In support, Plaintiff states as follows:

### I. PARTIES

1. Plaintiff Mary Jo Smith (hereinafter "Plaintiff") is an adult resident citizen of Desoto County, Mississippi.

2. Defendant ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY (hereinafter "Allstate" or "Defendant") is a foreign Corporation organized and existing under the laws of the State of Delaware, with its principal office and place of business located at Allstate Corporation, 2775 Sanders Road, Northbrook, Illinois 60062. Allstate may be served with process on the Mississippi Insurance Commissioner, 1001 Woolfolk State Office Building, 501 N. West Street, Jackson, Mississippi 39201, pursuant to Mississippi Code Annotated § 83-21-1.

## II. JURISDICTION AND VENUE

3. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332, as complete diversity of citizenship exists among the parties and the amount in controversy exceeds $75,000. Venue is appropriate in this Court as this case is based upon a motor vehicle collision which occurred within DeSoto County, Mississippi, and an uninsured motorist coverage policy which was issued within DeSoto County, Mississippi.

## III. ALLEGATIONS

4. On May 22, 2019, Plaintiff was traveling northbound on Mississippi Highway 305 near its intersection with Allen Road in DeSoto County, Mississippi.

5. At the same time, McKenzie Hughes was driving her vehicle westbound on Allen Road toward Mississippi Highway 305.

6. Hughes failed to stop her vehicle at the stop sign at the intersection of Allen Road and Mississippi Highway 305 and drove her car directly into the path of Plaintiff's car.

7. As a result, Plaintiff's vehicle violently collided with the driver's side of Hughes's vehicle, causing the damages and injuries described herein.

8. As a direct and proximate result of Hughes's negligent/reckless and/or wanton actions, Plaintiff sustained the following injuries and damages:

 (a)   Physical injuries to her body;

 (b)   Present, past and future medical, hospital, pharmacy and related expenses;

 (c)   Past, present and future loss of enjoyment of life, including pain and suffering;

 (d)   Temporary and/or permanent disability; and

 (e)   Other injuries and damages shown at the trial.

## IV. CAUSE OF ACTION: UNDERINSURED MOTORIST COVERAGE

9. Plaintiff purchased auto insurance from Allstate, which was in effect at the time of the incident that is the subject of this lawsuit. The insurance policy was issued and delivered in the state of Mississippi. Specifically, Plaintiff and Allstate entered into a contract whereby Allstate agreed to, among other things, provide Plaintiff with uninsured/underinsured motorist coverage benefits as required by Mississippi's uninsured motorist statute as codified at Mississippi Code Annotated § 83-11-101, et seq.

10. At the time of the wreck described herein above, McKenzie Hughes, the at-fault driver, was insured under an automobile liability policy with Progressive Insurance Company, with liability limits of $25,000.00 applicable to Plaintiff. All claims against Hughes have been settled for payment of policy limits, and Allstate has consented to the settlement and waived all rights of subrogation.

11. Hughes is an underinsured motorist as defined under Plaintiff's auto insurance policy with Allstate, as well as under Mississippi law.

12. Allstate is being sued solely as Plaintiff's underinsured motorist carrier.

13. Allstate is liable to Plaintiff for Hughes's negligence and the resulting injuries and damages described herein above.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands a jury trial on all claims herein, judgment against Defendant Allstate Property and Casualty Insurance Company, and an award of compensatory damages in an amount sufficient to compensate Plaintiff for the damages stated herein and to be proven at trial, along with costs and interest. Plaintiff further demands any other relief to which she is entitled or which the Court deems just and appropriate.

          Respectfully submitted,

          By: /s/ Brandon L. Flechas
          Philip A. Stroud (MSB#99401)
          Brandon L. Flechas (MSB#102283)
          Matthew G. Dalton (MSB #105928)
          THE STROUD LAW FIRM, P.C.
          5779 Getwell Road, Suite C-1
          Southaven, Mississippi 38672
          Telephone: (662) 536-5656
          Facsimile: (662) 536-5657
          brandon@stroudlawyers.com
          Philip@stroudlawyers.com
          matt@stroudlawyers.com
          Attorneys for Plaintiff