IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MARY JO SMITH                                                                                          PLAINTIFF

V.                                                                         CIVIL ACTION NO. 3:22-CV-003-SA-JMV

ALLSTATE PROPERTY AND CASUALTY                                             DEFENDANT
INSURANCE COMPANY

ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

The Court was advised that this action was settled or is in the process of being settled. Therefore, it is not necessary that the action remain on the calendar of the Court.

IT IS ORDERED that this action is DISMISSED *without prejudice*. The Court retains complete jurisdiction to vacate this order and reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary.

This the 30th day of March, 2023.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE