IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MARY JO SMITH     PLAINTIFF

VS.     CIVIL ACTION NO. 3:22-cv-00003-SA-JMV

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY     DEFENDANT

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE, having come before the Court on the joint motion of the Plaintiff, Mary Jo Smith, and the Defendant, Allstate Property and Casualty Insurance Company, by and through counsel, to dismiss with prejudice any and all claims made by the Plaintiff, Mary Jo Smith, against the Defendant, Allstate Property and Casualty Insurance Company, in this action, and the Court, being advised in the premises and noting agreement of counsel, finds the matter is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that all claims made by Plaintiff, Mary Jo Smith, against the Defendant, Allstate Property and Casualty Insurance Company, be and are hereby dismissed with prejudice, with each party bearing their own costs and expenses.

SO ORDERED AND ADJUDGED, this the 16th day of May, 2023.

                                               Sharion Aycock
                                               UNITED STATES DISTRICT JUDGE

*Mary Jo Smith v. Allstate Property and Casualty Insurance Company*
*Agreed Order of Dismissal with Prejudice*

AGREED TO AND APPROVED BY:

_____
BRANDON L. FLECHAS (MSB#102283)
THE STROUD LAW FIRM, P.C.
5779 Getwell Road, Suite C-1
Southaven, MS 38672
Telephone: (662) 536-5656
Facsimile: (662) 536-5657
brandon@stroudlawyers.com
*Attorney for Plaintiff Mary Jo Smith*


_____
DAVID E. STOVALL (MSB #102706)
STOVALL LAW FIRM, PLLC
Post Office Box 2187
Brandon, Mississippi 39043
Phone:   601.707.8700
Fax:       601.385.3701
David@StovallLawFirm.com
*Counsel for Defendant Allstate Property and Casualty Insurance Co.*